UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MEEKS, ADAM MICHEAL | ) | CASE NO. 09-14879 |
| MEEKS, TABITHA LEA | ) | CHAPTER 7 |
|     Debtors | ) | |

**NOTICE OF DEPOSIT FOR DISBURSEMENTS LESS THAN $5.00**

Comes now R. David Boyer, the duly appointed and acting trustee in the above-captioned case, and shows the Court that pursuant to FRBP 3010, the following creditor is entitled to a distribution of less than $5.00 each:

| Creditor | Amount |
|---|---|
| The Allergy and Asthma Center | $2.46 |
| Cameron Memorial Hospital | $4.78 |

WHEREFORE, Trustee hereby issues a check made payable to the U.S. Bankruptcy Clerk in the total amount of $7.24 for the use and benefit of the parties set forth herein.

Submitted this 18 day of March, 2011.

/s/R. David Boyer
R. DAVID BOYER, Trustee in Bankruptcy
927 S Harrison Street, Suite 200E
Fort Wayne, Indiana 46802
(260)407-7123
e-mail: db1@boyerlegal.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of attached document was sent by either electronically filing or by ordinary mail, postage prepaid, on this 18 day of March, 2011 to the following creditors and interested parties:

**Notice will be electronically mailed to:**
United States Trustee   ustpregion10.so.ecf@usdoj.gov

**Notice will be mailed by ordinary mail, postage prepaid to:**
The Allergy and Asthma Center, 7222 Engle Road, Fort Wayne, IN 46802
Cameron Memorial Hospital, 416 E. Maumee Street, Angola, IN 46703


                                           /s/ Angela R. Lee
                                           Angela R. Lee